**NAME:** Mr. Jerry Lewis D-30617

**PRISON IDENTIFICATION/BOOKING NO:** Lancaster State Prison D-4-215

**ADDRESS OR PLACE OF CONFINEMENT:** P.O. Box 4670

Lancaster, Calif 93539

Note: It is your responsibility to notify the Clerk of Court in writing of any change of address. If represented by an attorney, provide his name, address, telephone and facsimile numbers, and e-mail address.

FILED
CLERK, U.S. DISTRICT COURT
JAN 1 5 2020
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Fee Due

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**FULL NAME** (Include name under which you were convicted):

Mr. Jerry Lewis

Petitioner,

v.

Hon. Janis L. Sammartino & Public Defenders

**NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER:**

Petition to Strike my Remaining 11 yrs Enhancements. I've done all my 3-Strikes. Only 11 yrs enhancements Remain.

Respondent.

**CASE NUMBER:**
CV #96116302A
SDC 119336

CV20-412-CJC (JEM)

☐ _____ AMENDED

### PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY
### 28 U.S.C. § 2254

PLACE/COUNTY OF CONVICTION _____
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(List by case number)
CV _____
CV _____

## INSTRUCTIONS - PLEASE READ CAREFULLY

1. To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2. In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge the judgment entered by a different California state court, you must file a separate petition.

3. Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4. Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.

5. You must include in this petition all the grounds for relief from the conviction and/or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

6. You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

7. When you have completed the form, send the original and two copies to the following address:
   Clerk of the United States District Court for the Central District of California
   United States Courthouse
   ATTN: Intake/Docket Section
   312 North Spring Street
   Los Angeles, California 90012

PLEASE COMPLETE THE FOLLOWING: (Check appropriate number)

This petition concerns:
1. ☐ a conviction and/or sentence.
2. ☐ prison discipline.
3. ☐ a parole problem.
4. ☐ other.

PETITION

1. Venue
   a. Place of detention ___Lancaster State Prison___
   b. Place of conviction and sentence ___San Diego 119336___

2. Conviction on which the petition is based (a separate petition must be filed for each conviction being attacked).
   a. Nature of offenses involved (include all counts): ___Case has been reduced under the Non Violent Offenders Act.___

   b. Penal or other code section or sections: _____

   c. Case number: ___SDC 119336___
   d. Date of conviction: ___June 1996 I've done the entire 3-Strikes.___
   e. Date of sentence: _____
   f. Length of sentence on each count: ___Only Enforcements Remain Judge___

   g. Plea (check one):
      ☐ Not guilty
      ☐ Guilty
      ☐ Nolo contendere

   Jury found me guilty. Stole a 19 inch Color TV from a Thrift Store the Victim purchased from a Thrift Store once more. For 90 dollars. I was a addict Maam. I've been Sober 24 years. Graduated in Computers.

   h. Kind of trial (check one):
      ☐ Jury
      ☒ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction  ☐ Yes ☐ No
   If so, give the following information for your appeal (and attach a copy of the Court of Appeal decision if available):
   a. Case number: ___My son Leven Chris Lewis. He dosen't admire me___
   b. Grounds raised (list each):
      (1) ___anymore. It hurt so bad I had to Change. Please help___
      (2) ___me___



# GRANITE ADULT SCHOOL

Accredited by the Western Association of Schools and Colleges
CAREER TECHNICAL EDUCATION
CERTIFICATE OF COMPLETION
Computer Literacy Core

P. Box 29
Redresa, CA 95??

It is with great pleasure that we recognize your achievement certificate to you.

Congratulations for achieving this commendable goal.

Terry Lewis D30617

Career Technical Instructor
S. Hornblit
Principal

While these remains 17 yrs enhancement
Reissue

Denial 2015
told me to
COMPLETED /10/1
LOG#1181
DATE-6/10/16

I got the grade Sb 2nd

(3) They took me back Judge under SB224 Act 2015
(4) This is 2020 5 years later.
(5)
(6) Board denied me because I didn't have a trade.

c. Date of decision: I went Back to School (916) 985-8610
d. Result ext 6273 Teacher James Randy

I graduated with Honors

4. If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal decision?  ☐ Yes  ☐ No

If so give the following information *(and attach copies of the Petition for Review and the Supreme Court ruling if available)*:

a. Case number:
b. Grounds raised *(list each)*:
(1) I had a Gay Clinician. He printed this Certificate to feel
(2) better about himself. After 17 Years in Solitary Judge
(3)
(4) We live in a Very insecure Judgemental World and
(5) Society. I'm a X. Marine. Recon Rangers. When my
(6) Son gave up on me. That set off a alarm that

c. Date of decision:
d. Result ain't Manipulating) 3:19-CV-0860 JLS RBM

Civil Docket for Case#1:19-cv-00840-BAM

5. If you did not appeal:
a. State your reasons I'm PLRA Pro Per. I did 25 pages on a Civil Suit. You 3:19-CV-0860 JLS. We're gonna go in and settle. The Case got referred to the Eastern District Judge

b. Did you seek permission to file a late appeal?  ☐ Yes  ☐ No

6. Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction?
☐ Yes  ☐ No

If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

Marine Corp. Were Heros. Let me Help me

a. (1) Name of court: for Strike these Enhancements 12 Years. Call
(2) Case number: Lancaster with a New EPRD Release Date
(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*:

I'm Sorry San Diego. Help me and let me win a Jones Bow for this kid. Phillip Rivers Chargers. Thanks

No re-sentencing Enhancements I am asking the Court to Strike under Romero v Superior Courts are as listed Judge.

(6) Result: _____

(7) Was an evidentiary hearing held? ☐ Yes ☐ No

11. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction? ☐ Yes ☐ No

If so, give the following information (and attach a copy of the petition if available):

(1) Name of court: _____
(2) Case number: _____
(3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing): _____
(4) Grounds raised (list each):

(a) Asking Court to Strike 2 five year Priors
(b) #1 San Diego CR69555 PC 459(06) Burg 1st degree
(c) dropped to a Non Violent Offense. A bunch of Junk to get
(d) #2 San Diego CR113979 PC 459(06) Burglary 1st degree Wine
(e) 5/17/1990. A bunch of Worthless Scrap Iron
(f) Computers

#3 Del Norte 97227 PC 4502(04), Possession of a belt buckle 5/8/1992

12. Are you presently represented by counsel? ☐ Yes ☐ No
If so, provide name, address and telephone number: SCD119336 PC 667.5(b)(01) Prison Prior 1 Year

No Years of Enhancements Only 12 Years Remain

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding,

Mr Jerry Lewis
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on 12-30-19
Date

Mr Jerry Lewis
Signature of Petitioner

Judge William J. Hayes    Case No: 18cv2784 WQH CAB

FILED
Jul 03 2019
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ TrishaF   DEPUTY
May 21 2019

Sir, I will refrain anymore Communication this Case. Please except and award Remedy pertaining to the U.S.C 42 Civil Writ. (23 Years.) All my homie got sense enough to stay in San Diego County. I've been fighting like baby whether 23 Years all by myself. More gangs in prison South of San Diego than the Lil Rascals Six.

# Tortured everyday for 23 Years. No Rest & animated Nightmare. Look at the footage from Folsom B-Yard on July 7th on or about 2018 that provoked this Transfer. Look how the Cops beat me to a absolute pulp. My leg is still broke. Cops wanted to retaliate for 2 incident that happened eslies and targeted me as a retaliation token. One More Page Please Sir.

Cops & inmates killing eachother Thank You kindly Your Honor 2 murders in two days!!! Cops instigating it and Sir.



My Health is failing. My entire family is deceased only Mom 90 & Jess 70. My left prior sister Left. Prison is extremely financial. I need discharge please

Had a Heart Attack they Nursed it back. Grandmas didn't make it. Died 40 days ago

Let me House and Land. (559) 665-9249 This is where I reside.

Gotta Please that lil Boy Devon Chris Lewis College Grad

U.S. District Court
Eastern District of California - Live System (Fresno)
CIVIL DOCKET FOR CASE #: 1:19-cv-00840-BAM

(PC) Lewis v. Bitter et al
Assigned to: Magistrate Judge Barbara A. McAuliffe
Case in other court: California Southern, 3:19-cv-00860
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 06/14/2019
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Terry Lewis**　　　　　represented by **Terry Lewis**
D-30617
CALIFORNIA STATE PRISON, LOS
ANGELES COUNTY (4670)
P.O. BOX 4670
LANCASTER, CA 93539-4670
PRO SE

V.

**Defendant**

**M.D. Bitter**
*Warden*

**Defendant**

**Herrera**
*Correctional Officer*

**Defendant**

**Sanchez**
*Laundry Lady*

**Defendant**

**Attorney General of California**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/03/2019 | 1 | COMPLAINT against Attorney General of California, M.D. Bitter, Herrera, Sanchez, filed by Terry Lewis.($400 Filing Fee, Fee Not Paid, IFP Not Filed) (Attachments: # 1 Civil Cover Sheet)<br><br>The new case number is 3:19-cv-860-JLS-RBM. Judge Janis L. Sammartino and Magistrate Judge Ruth Bermudez Montenegro are assigned to the case.[*Case in Screening per 28 USC 1915*] (jms) [Transferred from casd on 6/14/2019.] (Entered: 05/07/2019) |
| 05/13/2019 | 2 | ORDER dismissing civil action without prejudice for failing to pay filing fee required by 28 USC 1914(a) and/or failing to move to proceed in forma pauperis pursuant to 28 USC 1915(a). If Plaintiff fails to either prepay the $400 civil filing fee or complete and submit the enclosed Motion to Proceed IFP within 45 days, this action will remain dismissed without prejudice and without further Order of the Court based on Plaintiffs failure to satisfy 28 U.S.C. § 1914(a)s fee requirements. (Blank motion to proceed in forma pauperis mailed to Plaintiff). Signed by |

They took me back 2015. So they told me to come back in 5 years. It's 2020 Judge. They called me into the Office 7-17-2019 Dropped my Case to a Non Violent Offence.

(2) The prosecuting Defense may move to dismiss or strike Priors 1385 Under Bill 1393. The Serious Priors have been Reduced to Non Violent Offenses Judge. Under grounds of demurrer and accusatory pleading Court to Strike remaining 11 Years Enhancements. Futherance of Justice I am asking Courts to dismiss enhancements, I did all the Three Strikes

Bill Text SB-1393

Sec. 2 Section 1385

They were only garage burglaries Maam. And Please help Barbara A. McAuliffe Rule in my favor. You McAuliffe Settle. She made me do 75 pages. I did as She asked # 1:19-cv-00840 BAM



**DEPARTMENT OF THE NAVY**
BOARD FOR CORRECTION OF NAVAL RECORDS
701 S. COURTHOUSE ROAD, SUITE 1001
ARLINGTON, VA 22204-2490

Docket No. NR20190008985
September 30, 2019

TERRY LEWIS #D30617
CALIFORNIA STATE PRISON-LOS ANGELES COUNTY
P.O BOX 4670
FACILITY D BLDG 4 BED 215
LANCASTER CA 93539

Dear TERRY LEWIS #D30617:

This is in reference to your application for correction of your naval record pursuant to Title 10, United States Code, Section 1552.

A review of your application revealed that it contains incomplete information. Please complete the enclosed DD Form 149, providing the information requested below to enable the Board for Correction of Naval Records (Board) to process your application.

\_\_\_\_ Item 1b: Exact full name of the applicant.
\_\_\_\_ Item 1e: Social security number.
\_\_\_\_ Item 5: Specific corrective action desired.
\_\_\_\_ Item 6: Reason you believe the record is in error or unjust.
_X_ Item 8a: Date of discovery of the alleged error or injustice.
\_\_\_\_ Item 8b: Reason why the Board should find it in the interest of justice to consider the application (if three years have passed since the error or injustice was discovered).
\_\_\_\_ Item 9: Supporting documentation was indicated but not provided.
\_\_\_\_ Item 12: If the petitioner is deceased or incompetent, proof of death or incompetency, or a valid power of attorney, must accompany the application.
\_\_\_\_ Item 13a or 13c: Complete current mailing address or e-mail address.
\_\_\_\_ Item 15: Applicant (or heir or legal representative, if the applicant is deceased or incompetent) must sign the application.

Sincerely,

*Joseph F. Nicosia*
J. NICOSIA
J. F. NICOSIA
By direction

*[Handwritten annotations across page:]*
X United State Marine
Mr. Terry Lewis
Thanks Profound Respects Judge Best in the World Hon Janis Sammartino
They called Marine Corp. to get copies of G.E.D. It's Safe. No more Petty trips to Prison Judge. (559) 664-9249 Grandma's died left me a House 2 Acres MADERA Mom #

**California State Prison - Los Angeles County**

Name: Mr. Terrulinis D. Zolof
CDC #: D. Zolof
Facility D Building 4 Bed 215
P.O. Box 4670
Lancaster, CA 93539

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION INDIGENT INMATE MAIL**

Facility Post Office Boxes
Facility A - P.O. Box 4430
Facility B - P.O. Box 4490
Facility C - P.O. Box 4610
Facility D - P.O. Box 4670
Minimum (MSF) 4730
Legal Mail - P.O. Box 8457
Money Orders - P.O. Box 8487

D-4.
CDCR STATE PRISON
GENERATED MAIL

Hasler
01/02/2020
US POSTAGE $000.80⁰
FIRST-CLASS MAIL
ZIP 93536
011D11654181

Legal

To: Hon. Janis L. Sammartino
United States District Judge
and San Diego Public Defenders
Southern District of California
Office of the Clerk
333 West Broadway, Suite 420
San Diego, Calif. 92101

RECEIVED
SOUTHERN DISTRICT OF CALIFORNIA

## UNAUTHORIZED ITEMS WITHIN INMATE MAIL

If mail contains these items, it will result in an issuance of a CDC Form 1819 Notification of Disapproval
- No Peel & Seal, padded, cardboard or bubble wrap envelopes.
- No cardstock, sketch pads, construction paper or colored paper.
- No musical greeting cards, videos, CD's, or cassette tapes.
- No cash. No pens, pencils, or markers.
- No identification cards, credit cards, bank cards, phone cards, etc.
- No polaroid photographs, negatives, slides, or photo albums. No photos depicting drugs and/or drug paraphernalia. No photos, drawings, magazines, and/or pictorials displaying frontal nudity of either gender. Nothing which depicts, displays, or describes sexual penetration or sexual acts.
- No gang affiliated material, hand gestures, or signs.
- No items of clothing, food, hard plastic, metal, wood items, magnets, rubber, stickers, glue and/or glitter.
- No tattoo patterns or tracing patterns. No jewelry.
- No mail containing unknown substance, any powder, liquid and/or solids.
- No unauthorized correspondence between inmates/parolees.
- No lipstick, perfume, cologne, and scents on the contents or envelope.
- No items which may be deemed a threat to the safety and security of the institution, or any correspondence deemed circumvention of the mail policies and procedures.
- All incoming mail must have full return address.

## AUTHORIZED ITEMS WITHIN INMATE MAIL

- 40 postage stamps/40 envelopes (Prepaid postage must not show the date)
- Letters/greeting cards
- 10 photographs (no larger than 8" x 10")
- Checks/money order with Inmate's name and CDC#
- Writing paper (white/yellow lined only)
- Publications (books, magazines, newspapers) MUST come directly from vendor
- For funds to be mailed directly to Inmates account, send through www.jpay.com or (800) 574-5729